Same case below, 341 Fed. Appx. 910.

**No. 09-7825. Bryant Newell, Petitioner v. United States.**

561 U.S. 1009, 130 S. Ct. 3454, 177 L. Ed. 2d 1061, 2010 U.S. LEXIS 5174.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 341 Fed. Appx. 903.

**No. 09-7855. Byron Bryan, Petitioner v. United States.**

561 U.S. 1009, 130 S. Ct. 3454, 177 L. Ed. 2d 1061, 2010 U.S. LEXIS 5094.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-7963. Melvin Wilson, Petitioner v. United States.**

561 U.S. 1009, 130 S. Ct. 3455, 177 L. Ed. 2d 1061, 2010 U.S. LEXIS 5011,

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 327 Fed. Appx. 150.

**No. 09-8081. Christopher Mitchell, aka Hassan Jones, Petitioner v. United States.**

561 U.S. 1009, 130 S. Ct. 3455, 177 L. Ed. 2d 1061, 2010 U.S. LEXIS 5022.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 341 Fed. Appx. 897.

**No. 09-8088. Jerold Mass, Petitioner v. United States.**

561 U.S. 1009, 130 S. Ct. 3456, 177 L. Ed. 2d 1061, 2010 U.S. LEXIS 5177.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8159. Joe Hightower, Petitioner v. United States.**

561 U.S. 1009, 130 S. Ct. 3456, 177 L. Ed. 2d 1061, 2010 U.S. LEXIS 5070.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 346 Fed. Appx. 377.

**No. 09-8162. David Velez, Petitioner v. United States.**

561 U.S. 1009, 130 S. Ct. 3456, 177 L. Ed. 2d 1061, 2010 U.S. LEXIS 5141.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 344 Fed. Appx. 550.